PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KADHIM AL MALIKI, ET AL., | CASE NO. 2:23-CV-00636-WBS-AC |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' applications for naturalization, which Plaintiffs filed in June 2020. U.S. Citizenship and Immigration Services ("USCIS") anticipates that it will schedule an interview on Plaintiffs' application shortly and then complete the adjudication. The parties expect that these actions will render this lawsuit moot.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 27, 2023.  The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently scheduled for July 31, 2023, be vacated and reset.

Respectfully submitted,

Dated:  May 31, 2023                                         PHILLIP A. TALBERT
                                                             United States Attorney

                                                       By:  /s/ ELLIOT C. WONG
                                                             ELLIOT C. WONG
                                                             Assistant United States Attorney


                                                             /s/ CHRISTINA SULLIVAN
                                                             CHRISTINA SULLIVAN
                                                             Counsel for Plaintiff

## ORDER

It is so ordered:

The new date for Defendants to file an answer or other dispositive pleading is July 27, 2023.  The Scheduling Conference currently scheduled for July 31, 2023 is continued to **September 11, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than August 28, 2023 in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed April 5, 2023 (Docket No. 3).

Dated:  May 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE